DEAN J. DESPOTOVICH
DEAN J. DESPOTOVICH ESQ.
328 CLIFTON AVENUE
CLIFTON, NJ  07011

Re:   LAURA MENDOZA GARCIA
      15 MOHAWK AVENUE
      HAWTHORNE, NJ  07506

Atty:   DEAN J. DESPOTOVICH
        DEAN J. DESPOTOVICH ESQ.
        328 CLIFTON AVENUE
        CLIFTON, NJ  07011

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025
Chapter 13 Case # 24-22811

**RECEIPTS AS OF 01/01/2025**           (Please Read Across)

**LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025**           (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 0.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | BANK OF AMERICA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0002 | BANK OF AMERICA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0003 | CAPITAL ONE NA | UNSECURED | 4,752.14 | 0.00% | 0.00 | 0.00 |
| 0004 | CHASE BUSINESS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0008 | PLANET HOME LENDING | (NEW) Prepetition | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | SBA | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | SBA SBA DISASTER LOAN | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0016 | 331 MAIN STREET ASSOCIATES LLC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0017 | BANK OF AMERICA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0018 | CAPITAL ONE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |

**Total Paid:  $0.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2025.

Receipts: $0.00         -     Paid to Claims: $0.00         -     Admin Costs Paid: $0.00         =     Funds on Hand: $0.00

**Chapter 13 Case # 24-22811**

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.