UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Chapter 13 Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840

Order Filed on March 5, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

  LAURA MENDOZA GARCIA

Case No.:  24-22811RG

Hearing Date:  3/5/2025

Judge:  ROSEMARY GAMBARDELLA

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: March 5, 2025**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Case No.: 24-22811RG

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

    THIS MATTER having been scheduled before the Court on 03/05/2025 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that debtor must provide the Trustee with all documents necessary in order to conduct a 341 meeting by 3/12/2025 or the case will be dismissed without further hearings or notice to debtor or debtor's attorney; and it is further

- ORDERED, that debtor must file a modified plan and motion to reinstate the automatic stay as to ALL creditors by 3/12/2025 or the case will be dismissed without further hearings or notice to debtor or debtor's attorney; and it is further

- ORDERED, that debtor must become current with plan payments through February 2025 and same must be received and posted by the Trustee by 3/12/2025 or the case will be dismissed without further hearings or notice to debtor or debtor's attorney; and it is further

- ORDERED, that debtor must become current with plan payments through March 2025 and same must be received and posted by the Trustee by 4/5/2025 or the case will be dismissed without further hearings or notice to debtor or debtor's attorney; and it is further

- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 4/16/2025 at 8:30 am.