UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
*[Enter your name, address and telephone number]*

Dean J Despotovich -9214
NJ ID 029141980
328 Clifton Ave
Clifton NJ 07011
973 772 6466
Djdatty@aol.com
Fax 973 772 6814
Attorney for the Debtor

In Re:
*[Enter the debtor's name(s)]*

Laura Mendoza Garcia

| | |
|---|---|
| Case No.: | 24-228811-RG |
| Chapter: | 13 |
| Hearing Date: | 4/16/25 |
| Judge: | Gambardella |

# NOTICE OF MOTION TO
# REINSTATE THE AUTOMATIC STAY

To:     HONORABLE Rosemarie Gambardella USBJ
        United States Bankruptcy Court
        50 Walnut Street Ctrm 3E
        Newark, New Jersey

        Marie-Ann Greenberg
        Chapter 13 Standing Trustee
        30 Two Bridges Road
        Fairfield, NJ 07004
        VIA CM/ECF

        TO ALL CREDITORS
        List attached


Please Take Notice that Dean J Despotovich Esq, on behalf of the Debtor, has filed papers with the court requesting to reinstate the automatic stay.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

| | |
|---|---|
| Hearing Date: | 4/16/2025 |
| Hearing Time: | 10:00 AM |
| Hearing Location: | 50 Walnut Street, 3rd Floor<br>Newark, N.J. 07102 |
| Courtroom Number: | Courtroom 3E |

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date.

You must also mail a copy of your response to:

Marie-Ann Greenberg  Chapter 13 Standing Trustee

30 Two Bridges Road

Fairfield, NJ 07004                    and to

Dean J Despotovich Esq

328 Clifton Ave

Clifton NJ 07011

If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: 3/11/2025                    */s/ Laura Mendoza Garcia*____
                                    Signature of the Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Dean J Despotovich -9214
NJ ID 029141980
328 Clifton Ave
Clifton NJ 07011
973 772 6466
Djdatty@aol.com
Fax 973 772 6814
Attorney for the Debtor

In Re:

Laura Mendoza Garcia

Case No.:       24-228811-RG

Chapter:        13

Hearing Date:   4/16/25

Judge:          Gambardella

## CERTIFICATION OF DEBTOR(S)

I, Laura Mendoza Garcia debtor in this case, submit this Certification in support of my Motion to Reinstate the Automatic Stay.

1. I am fully familiar with the facts set forth below.

2. I filed for bankruptcy on December 31, 2024

3. At that time, it was my second filing and the automatic stay was in effect until January 30, 2025. I did not consider it necessary as my house was current and not in danger of foreclosure nor any creditor pursuing enforcement of a judgment lien.

4. I request that the stay be reinstated because I wish to successfully complete my proposed plan in Chapter 13 and now advised it is necessary in order to proceed

5. No creditor will actively be negatively effected by this reinstatement if granted

6. In addition, I am current with my plan payments and I have complied with all known requirements to date to have my plan confirmed

I certify under penalty of perjury that the above is true.

Date:  March 11 2025                                         /s/Laura Mendoza Garcia
                                                             Signature of the Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Dean J Despotovich -9214
NJ ID 029141980
328 Clifton Ave
Clifton NJ 07011
973 772 6466
Djdatty@aol.com
Fax 973 772 6814
Attorney for the Debtor

| | |
|---|---|
| In Re: | Case No.: 24-228811-RG |
| Laura Mendoza Garcia | Chapter: 13 |
| | Hearing Date: 4/16/25 |
| | Judge: Gambardella |

### STATEMENT AS TO WHY NO BRIEF IS NECESSARY

In accordance with D.N.J. LBR 9013-1(a)(3), it is respectfully submitted that no brief is necessary in the Court's consideration of this motion, as it does not involve complex issues of law.

Date: March 11 2025                          /s/ *Laura Mendoza Garcia*
                                              Signature of the Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Dean J Despotovich -9214
NJ ID 029141980
328 Clifton Ave
Clifton NJ 07011
973 772 6466
Djdatty@aol.com
Fax 973 772 6814
Attorney for the Debtor

In Re:
Laura Mendoza Garcia

| | |
|---|---|
| Case No.: | 24-228811-RG |
| Chapter: | 13 |
| Hearing Date: | 4/16/25 |
| Judge: | Gambardella |

# CERTIFICATION OF SERVICE

1. I , attorney Dean J Despotovich Esq of 328 Clifton Ave Clifton NJ  say:

    ☒ I represent Laura Mendoza Garcia, Debtor, in this matter.

2. On March 12, 2025 I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    ☒ Notice of Motion to Reinstate the Automatic Stay

    ☒ Certification in Support of Motion to Reinstate the Automatic Stay

    ☒ Statement as to Why No Brief is Necessary

    ☒ Proposed Order Granting Motion to Reinstate the Automatic Stay

3.   I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   March 12, 2025                    */s/ Dean J Despotovich*
                                          Dean J Despotovich Esq

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Capital One, N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Creditor  POC 1 | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001 | Creditor  POC 2 | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Bank of America, N.A.<br>PO Box 673033<br>Dallas, TX 75267-3033 | Creditor  POC 3/4/5 | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Planet Home Lending, LLC<br>321 Research Pkwy #303<br>Meriden, CT 06450 | Creditor  POC 6<br>Mortgagee | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| 331 Main Street Associates LLC<br>C/O Broadway Pizza<br>56 Broadway<br>PATERSON, NJ 07505 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Firstsource Advantage<br>P O BOX 1280<br>Oaks, PA 19456 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Samira Sinai Cortes<br>15 Mohawk Ave<br>Hawthorne, NJ 07506 | Non filing co debtor | ☒ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Sayed Amin Cortes<br>15 Mohawk Ave<br>Hawthorne, NJ 07506-3828 | Non filing co debtor | ☒ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| SBA<br>SBA DISASTER LOAN SERV. CTR<br>2 North 20th St<br>Birmingham, AL 35203 | Non creditor, informational only | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/ Return receipt requested<br>☒ Other __email to eamonn.ohagan@usdoj.gov<br>(As authorized by the court or rule. Cite the rule if applicable.) |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Dean J Despotovich -9214
NJ ID 029141980
328 Clifton Ave
Clifton NJ 07011
973 772 6466
Djdatty@aol.com
Fax 973 772 6814
Attorney for the Debtor

In Re:

Laura Mendoza Garcia

| | |
|---|---|
| Case No.: | 24-228811-RG |
| Chapter: | 13 |
| Hearing Date: | 4/16/25 |
| Judge: | Gambardella |

# ORDER REINSTATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

*[Leave the rest of this page blank]*

This matter having been presented to the Court by _____ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The automatic stay is reinstated as to all creditors served with the motion as of the date of this order, except those previously granted stay relief.

IT IS FURTHER ORDERED that within 3 days of the date of this Order, the debtor must serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form *Certification of Service*.