| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Dean J Despotovich -9214<br>NJ ID 029141980<br>328 Clifton Ave<br>Clifton NJ 07011<br>973 772 6466<br>Djdatty@aol.com<br>Fax 973 772 6814<br>Attorney for the Debtor<br><br>In Re:<br>Laura Mendoza Garcia | Case No.: 24-228 11-RG<br>Chapter: 13<br><br>Hearing Date: 5/7/25<br>341a- 4/22/25<br>Judge: Gambardella |

## CERTIFICATION OF SERVICE

1. I, attorney Dean J Despotovich Esq of 328 Clifton Ave Clifton NJ say:

   ☒ I represent Laura Mendoza Garcia, Debtor, in this matter.

2. On March 25, 2025 I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   ☒ Notice of Motion to Reinstate the Automatic Stay

   ☒ Certification in Support of Motion to Reinstate the Automatic Stay

   ☒ Statement as to Why No Brief is Necessary

   ☒ Proposed Order Granting Motion to Reinstate the Automatic Stay

   X  Amended Plan dated March 16 2025 with Court Notice

   X  Amended Sch D,E,F, I, J, 106 Dec/Sum forms with Court Order

   X  341a Notice for April 22 2025 @ 2 PM

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   March 25, 2025                    /s/ Dean J Despotovich
                                          Dean J Despotovich Esq

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Capital One, N.A.<br>c/o AIS Info Source LLC<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Creditor POC 1 | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☒ Other email-POC_AIS@aisinfo.com<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001 | Creditor POC 2 | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☒ Other _email-pocquestions@nbsdefaultservices.com<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Bank of America, N.A.<br>PO Box 673033<br>Dallas, TX 75267-3033 | Creditor POC 3/4/5 | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☒ Other email-card_bankruptcy_poc@bofa.com<br>as authorized by the court or rule. Cite the rule if applicable.) |
| Planet Home Lending, LLC<br>c/o KML Law Group<br>701 Market St Ste 5000<br>Philadelphia PA 19106<br><br>Attn Denise Carlon | Creditor POC 6<br>Mortgagee Counsel | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☒ Other Email-dcarlon@kmllawgroup.com<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| 331 Main Street Associates LLC<br>C/O Broadway Pizza<br>56 Broadway<br>PATERSON, NJ 07505 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule |

|  |  | if applicable.) |
|---|---|---|

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Firstsource Advantage<br>P O BOX 1280<br>Oaks, PA 19456 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Samira Sinai Cortes<br>15 Mohawk Ave<br>Hawthorne, NJ 07506 | Non filing co debtor | ☒ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Sayed Amin Cortes<br>15 Mohawk Ave<br>Hawthorne, NJ 07506-3828 | Non filing co debtor | ☒ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| US Trustee Office<br>Dept of Justice<br>One Newark Center Ste 2100<br>Newark NJ 07102 |  | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☒ Other -email USTPRegion03.NE.ECFAusdoj.gov<br>(As authorized by the court or rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Chapter 13 Trustee Office<br>Marie Ann Greenberg<br>30 Two Bridges Rd Ste 330<br>Fairfield, NJ 07004 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☒ By Email-magecf@magtrustee.com |
| SBA Disaster Loan Serv Ctr<br>c/o.US. Attorney's Office<br>District of New Jersey<br>970 Broad Street<br>Newark, New Jersey 07102<br>Attn Eamonn O Hagan Esq | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☒ Other _email- eamonn.ohagan@usdoj.gov<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☒ Other email- card_bankruptcy_poc@bofa.com<br>as authorized by the court or rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other Email- dcarlon@kmllawgroup.com<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule |