UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Dean J Despotovich -9214
NJ ID 029141980
328 Clifton Ave
Clifton NJ 07011
973 772 6466
Djdatty@aol.com
Fax 973 772 6814
Attorney for the Debtor

Order Filed on April 16, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Laura Mendoza Garcia

Case No.: 24-228811-RG
Chapter: 13

Hearing Date: 4/16/25

Judge: Gambardella

# ORDER REINSTATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

*[Leave the rest of this page blank]*

**DATED: April 16, 2025**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

This matter having been presented to the Court by __debtor's Attorney__ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The automatic stay is reinstated as to all creditors served with the motion as of the date of this order, except those previously granted stay relief.

IT IS FURTHER ORDERED that within 3 days of the date of this Order, the debtor must serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form *Certification of Service*.