UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Dean J Despotovich -9214
NJ ID 029141980
328 Clifton Ave
Clifton NJ 07011
973 772 6466
Djdatty@aol.com
Fax 973 772 6814
Attorney for the Debtor

Order Filed on April 16, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Laura Mendoza Garcia

Case No.:       24-228811-RG
Chapter:        13

Hearing Date:   4/16/25

Judge:          Gambardella

## ORDER REINSTATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

*[Leave the rest of this page blank]*

**DATED: April 16, 2025**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

This matter having been presented to the Court by  debtor's Attorney  and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The automatic stay is reinstated as to all creditors served with the motion as of the date of this order, except those previously granted stay relief.

IT IS FURTHER ORDERED that within 3 days of the date of this Order, the debtor must serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form *Certification of Service*.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-22811-RG |
| Laura Mendoza Garcia | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1
Date Rcvd: Apr 16, 2025      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Laura Mendoza Garcia, 15 Mohawk Avenue, Hawthorne, NJ 07506-3828 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 18, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dean J. Despotovich | on behalf of Debtor Laura Mendoza Garcia djdatty@aol.com g17602@notify.cincompass.com;despotovich.deanb131348@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor PLANET HOME LENDING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4