| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) Dean J Despotovich -9214 NJ ID 029141980 328 Clifton Ave Clifton NJ 07011 973 772 6466 Djdatty@aol.com Fax 973 772 6814 Attorney for the Debtor | |
| In Re: Laura Mendoza Garcia | Case No.:    24-228811-RG Chapter:    13 Hearing Date:    5/7/25        341a- 4/22/25 Judge:    Gambardella |

## CERTIFICATION OF SERVICE

1. I, attorney Dean J Despotovich Esq of 328 Clifton Ave Clifton NJ say:

    ☒ I represent Laura Mendoza Garcia, Debtor, in this matter.

2. On April 21, 2025 I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    ☒ Order Granting Motion to Reinstate the Automatic Stay

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

April 21, 2025                                   /s/ Dean J Despotovich
                                                Dean J Despotovich Esq

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Capital One, N.A.<br>c/o AIS Info Source LLC<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Creditor POC 1 | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☒ Other email-POC_AIS@aisinfo.com<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001 | Creditor POC 2 | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☒ Other email-pocquestions@nbsdefaultservices.com<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Bank of America, N.A.<br>PO Box 673033<br>Dallas, TX 75267-3033 | Creditor POC 3/4/5 | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☒ Other email-card_bankruptcy_poc@bofa.com<br>as authorized by the court or rule. Cite the rule if applicable.) |
| Planet Home Lending, LLC<br>c/o KML Law Group<br>701 Market St Ste 5000<br>Philadelphia PA 19106<br><br>Attn Denise Carlon | Creditor POC 6<br>Mortgagee Counsel | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☒ Other Email-dcarlon@kmllawgroup.com<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| 331 Main Street Associates LLC<br>C/O Broadway Pizza<br>56 Broadway<br>PATERSON, NJ 07505 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Firstsource Advantage<br>P O BOX 1280<br>Oaks, PA 19456 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Samira Sinai Cortes<br>15 Mohawk Ave<br>Hawthorne, NJ 07506 | Non filing co debtor | ☒ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Sayed Amin Cortes<br>15 Mohawk Ave<br>Hawthorne, NJ 07506-3828 | Non filing co debtor | ☒ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| US Trustee Office<br>Dept of Justice<br>One Newark Center Ste 2100<br>Newark NJ 07102 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☒ Other -email USTPRegion03.NE.ECFAusdoj.gov<br>(As authorized by the court or rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Chapter 13 Trustee Office<br>Marie Ann Greenberg<br>30 Two Bridges Rd Ste 330<br>Fairfield, NJ 07004 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☒ By Email-magecf@magtrustee.com |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>Other _email-<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>Other email-<br>as authorized by the court or rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other  Email-<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule |

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Dean J Despotovich -9214<br>NJ ID 029141980<br>328 Clifton Ave<br>Clifton NJ 07011<br>973 772 6466<br>Djdatty@aol.com<br>Fax 973 772 6814<br>Attorney for the Debtor | Order Filed on April 16, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Laura Mendoza Garcia | Case No.: 24-228811-RG<br>Chapter: 13<br><br>Hearing Date: 4/16/25<br><br>Judge: Gambardella |

## ORDER REINSTATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

*[Leave the rest of this page blank]*

**DATED: April 16, 2025**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

This matter having been presented to the Court by __debtor's Attorney__ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The automatic stay is reinstated as to all creditors served with the motion as of the date of this order, except those previously granted stay relief.

IT IS FURTHER ORDERED that within 3 days of the date of this Order, the debtor must serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form *Certification of Service*.