Certificate Number: 17572-NJ-DE-039578543

Bankruptcy Case Number: 24-22811



17572-NJ-DE-039578543

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 21, 2025, at 5:44 o'clock PM PDT, Laura Mendoza completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:    April 21, 2025                By:    /s/Leigh-Anna M Thompson

                                        Name:    Leigh-Anna M Thompson

                                        Title:    Counselor