

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | Order Filed on May 9, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br>    LAURA MENDOZA GARCIA | **Case No.:**  24-22811<br><br>**Hearing Date:**  05/07/2025<br><br>**Judge:**  Mark E. Hall |

# ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: May 9, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

1

Debtor(s): LAURA MENDOZA GARCIA

Case No.: 24-22811MEH

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 05/07/2025 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 5/7/2025 of the plan filed on 03/16/2025, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 05/21/2025 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings; and it is further

ORDERED, that if the above information has been filed timely and/or provided, the Hearing on Confirmation shall be adjourned to 6/18/2025 at 8:30 am.

2