UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Dean J Despotovich -9214
NJ ID 029141980
328 Clifton Ave
Clifton NJ 07011
973 772 6466
Djdatty@aol.com
Fax 973 772 6814
Attorney for the Debtor

In Re:
Laura Mendoza Garcia

| | |
|---|---|
| Case No.: | 24-228811-RG |
| Chapter: | 13 |
| Hearing Date: | Confirmation 341a- 07/02/25 @ 10:00am |
| Judge: | Gambardella |

## CERTIFICATION OF SERVICE

1. I , attorney Dean J Despotovich Esq of 328 Clifton Ave Clifton NJ  say:

   ☒ I represent Laura Mendoza Garcia, Debtor, in this matter.

2. On May 21, 2025 I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.


   ☒Amended Plan dated May 20, 2025

   ☒Amended Schedule C, I, J, 106 Dec/Sum forms

   ☒Confirmation Date Notice



3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.


May 23, 2025                   */s/ Dean J Despotovich*
                               Dean J Despotovich Esq

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Capital One, N.A.<br>c/o AIS Info Source LLC<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Creditor POC 1 | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☒ Other email-POC_AIS@aisinfo.com<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| JP Morgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>PO Box 9013<br>Addison, Texas 75001 | Creditor POC 2 | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☒ Other email-pocquestions@nsdefaultsrvices.com<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Bank of America, N.A.<br>PO Box 673033<br>Dallas, TX 75267-3033 | Creditor POC 3/4/5 | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☒ Other email-card_bankruptcy_poc@bofa.com<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Planet Home Lending, LLC<br>c/o KML Law Group<br>701 Market St. Suite 5000<br>Philadelphia, PA 19106<br>Attn: Denise Carlon | Creditor POC 6<br>Mortgagee Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☒ Other -email dcarlon@kmllawgroup.com<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| 331 Main Street Associates LLC<br>c/o Broadway Pizza<br>56 Broadway<br>Paterson, NJ 07505 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other -email<br>(As authorized by the court or rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Chapter 13 Trustee Office<br>Marie Ann Greenberg<br>30 Two Bridges Rd Ste 330<br>Fairfield, NJ 07004 | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☒ By Email-magecf@magtrustee.com |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _email- |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other email- |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other  Email- |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _____ |