Form 186 − ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24−22811−MEH
Chapter:  13
Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Laura Mendoza Garcia
   dba S&S Party Center II LLC
   15 Mohawk Avenue
   Hawthorne, NJ 07506

Social Security No.:
   xxx−xx−4960

Employer's Tax I.D. No.:
   45−2719861

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 1/2/2025 and a confirmation hearing on such Plan has been scheduled for 3/5/2025.

The debtor filed a Modified Plan on 5/20/2025 and a confirmation hearing on the Modified Plan is scheduled for 7/2/2025 at 8:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: May 21, 2025
JAN: mlc

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                             Case No. 24-22811-MEH

Laura Mendoza Garcia                                                           Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                              User: admin                              Page 1 of 2

Date Rcvd: May 21, 2025                    Form ID: 186                         Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Laura Mendoza Garcia, 15 Mohawk Avenue, Hawthorne, NJ 07506-3828 |
| 520500349 | + | Dean J Despotovich, 328 CLIFTON AVE, Clifton, NJ 07011-2228 |
| 520500350 | + | Firstsource Advantage, P O BOX 1280, Oaks, PA 19456-1280 |
| 520500351 | + | Main Street 331 Associates, LLC, C/O Broadway Pizza, 56 Broadway, PATERSON, NJ 07505-1105 |
| 520500353 | + | S&S Party Center II LLC, S&S Party Center II, 15 Mohawk, Hawthorne, NJ 07506-3828 |
| 520500348 | + | Samira Sinai Cortes, 15 Mohawk Ave, Hawthorne, NJ 07506-3828 |
| 520500354 | | Sayed Amin Cortes, 15 Mohawk Ave, Hawthorne, NJ 07506-3828 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 21 2025 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 21 2025 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520500345 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 21 2025 20:50:00 | BANK OF AMERICA, PO Box 15019, WILMINGTON, DE 19850-5019 |
| 520500344 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 21 2025 20:50:00 | BANK OF AMERICA, PO BOX 15796, WILMINGTON, DE 19886-5796 |
| 520548532 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 21 2025 20:50:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520500346 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 21 2025 21:18:55 | CAPITAL ONE, PO Box 4069, CAROL STREAM, IL 60197-4069 |
| 520500347 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 21 2025 21:17:39 | CHASE BUSINESS, CARDMEMBER SERVICE, PO Box 1423, Charlotte, NC 28201-1423 |
| 520510886 | + | Email/PDF: ebn_ais@aisinfo.com | May 21 2025 21:17:55 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520536100 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | May 21 2025 20:51:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520500352 | + | Email/Text: BKMAIL@planethomelending.com | May 21 2025 20:51:00 | Planet Home Lending, 321 Research Parkway Ste 303, Meriden, CT 06450-8342 |
| 520569066 | + | Email/Text: BKMAIL@planethomelending.com | May 21 2025 20:51:00 | Planet Home Lending, LLC, 321 Research Pkwy #303, Meriden, CT 06450-8342 |
| 520500355 | + | Email/Text: BhamBankruptcy@sba.gov | May 21 2025 20:51:00 | SBA, SBA DISASTER LOAN SERV. CTR, 2 North 20th St, Birmingham, AL 35203-4007 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520500356 | *+ | SBA SBA DISASTER LOAN, SERV. CTR, 2 North 20th St, Birmingham, AL 35203-4007 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 23, 2025         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dean J. Despotovich | on behalf of Debtor Laura Mendoza Garcia djdatty@aol.com g17602@notify.cincompass.com;despotovich.deanb131348@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor PLANET HOME LENDING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4