Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 24−22811−MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Laura Mendoza Garcia
dba S&S Party Center II LLC
15 Mohawk Avenue
Hawthorne, NJ 07506

Social Security No.:
xxx−xx−4960

Employer's Tax I.D. No.:
45−2719861

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 7/16/25 at 10:00 AM

to consider and act upon the following:

*48* − Amended Schedule(s) : C filed by Dean J. Despotovich on behalf of Laura Mendoza Garcia. (Despotovich, Dean)

*53* − Objection to Amended Schedule C (related document:48 Amended Schedule(s) : C filed by Dean J. Despotovich on behalf of Laura Mendoza Garcia. filed by Debtor Laura Mendoza Garcia) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 5/27/25

Jeanne Naughton
Clerk, U.S. Bankruptcy Court