| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Chapter 13 Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840 | Order Filed on July 16, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br>   LAURA MENDOZA GARCIA | Case No.:  24-22811TBA<br>Hearing Date:  7/16/2025<br>Judge:  TBA |

### INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

DATED: July 16, 2025

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Case No.:  24-22811TBA

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

---

THIS MATTER having been scheduled before the Court on 07/16/2025 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor must become current with plan payments through June 2025 and same must be received and posted by the Trustee by 7/23/2025 or the case will be dismissed with no further hearings or notice to Debtor or Debtor's attorney; and it is further
- ORDERED, that the Debtor must become current with plan payments through July 2025 and same must be received and posted by the Trustee by 8/6/2025 or the case will be dismissed with no further hearings or notice to Debtor or Debtor's attorney; and it is further
- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 8/20/2025 at 8:30 AM.