Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24−22811−TBA
Chapter:  13
Judge:  MARK E HALL

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Laura Mendoza Garcia
    dba S&S Party Center II LLC
    15 Mohawk Avenue
    Hawthorne, NJ 07506

Social Security No.:
    xxx−xx−4960

Employer's Tax I.D. No.:
    45−2719861

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/6/25 at 10:00 AM

to consider and act upon the following:

*61* − Application For Retention of Professional Louis Serafini Esq as PI Attorney Filed by Dean J. Despotovich on behalf of Laura Mendoza Garcia. Objection deadline is 7/22/2025. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Despotovich, Dean)

*62* − Objection to Application for Retention of Professional (related document:61 Application For Retention of Professional Louis Serafini Esq as PI Attorney Filed by Dean J. Despotovich on behalf of Laura Mendoza Garcia. Objection deadline is 7/22/2025. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Laura Mendoza Garcia) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 7/18/25

Jeanne Naughton
Clerk, U.S. Bankruptcy Court