**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Chapter 13 Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ 07004-1550**
**973-227-2840**

Order Filed on July 16, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

    LAURA MENDOZA GARCIA

**Case No.: 24-22811TBA**

**Hearing Date: 7/16/2025**

**Judge: TBA**

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: July 16, 2025**

Honorable John K. Sherwood
United States Bankruptcy Court

Case No.:  24-22811TBA

Caption of Order:      INTERIM ORDER ON CONFIRMATION HEARING

THIS MATTER having been scheduled before the Court on 07/16/2025 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor must become current with plan payments through June 2025 and same must be received and posted by the Trustee by 7/23/2025 or the case will be dismissed with no further hearings or notice to Debtor or Debtor's attorney; and it is further
- ORDERED, that the Debtor must become current with plan payments through July 2025 and same must be received and posted by the Trustee by 8/6/2025 or the case will be dismissed with no further hearings or notice to Debtor or Debtor's attorney; and it is further
- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 8/20/2025 at 8:30 AM.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 24-22811-TBA

Laura Mendoza Garcia                                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                 Page 1 of 1

Date Rcvd: Jul 17, 2025                       Form ID: pdf903                              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2025:**

**Recip ID             Recipient Name and Address**
db                 +   Laura Mendoza Garcia, 15 Mohawk Avenue, Hawthorne, NJ 07506-3828

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2025                            Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2025 at the address(es) listed below:**

**Name                        Email Address**

Dean J. Despotovich
                            on behalf of Debtor Laura Mendoza Garcia djdatty@aol.com
                            g17602@notify.cincompass.com;despotovich.deanb131348@notify.bestcase.com

Denise E. Carlon
                            on behalf of Creditor PLANET HOME LENDING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg
                            magecf@magtrustee.com

U.S. Trustee
                            USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4