| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| DEAN J. DESPOTOVICH, 9214<br>NJ ID 029141980<br>328 Clifton Ave<br>Clifton, New Jersey 07011<br>(973) 772-6466<br>DJDatty@aol.com<br>Attorneys for Debtor | |
| In Re:<br>Laura Mendoza Garcia<br><br>          Debtor | Case No: 24-22811<br><br>Chapter 13<br><br>Hearing Date: 10/7/25 @10:00am<br><br>Judge: TBA |

## NOTICE OF MOTION TO VACATE DISMISSAL

To:    **HONORABLE TBA**
       United States Bankruptcy Court
       50 Walnut Street
       Newark, New Jersey

       Marie-Ann Greenberg
       Chapter 13 Standing Trustee
       30 Two Bridges Road
       Fairfield, NJ 07004
       VIA CM/ECF

       TO ALL CREDITORS

**PLEASE TAKE NOTICE** that on October 7, 2025 at 10:00am or as soon as counsel

may be heard, the Chapter 13 debtor, Laura Mendoza Garcia, "the Debtor", by and

through counsel, Dean J. Despotovich, Esq. shall move before the Honorable TBA,

United States Bankruptcy Court, District of New Jersey, 50 Walnut Street, Newark, New Jersey, seeking entry of an Order Reinstating the Automatic Stay as to all creditors.

**PLEASE TAKE FURTHER NOTICE** that upon the return date of the within motion, the Debtor shall rely on the proposed form of Order submitted herewith, and oral argument, if such necessary.

**PLEASE TAKE FURTHER NOTICE** that pursuant to D.N.J. LBR 9013-1(f) oral argument is waived unless an objection to this motion is timely filed.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Rule 9013-1(d) of the Local Rules of this Court, objections, if any, to the proposed order must be in writing, must conform to the requirements of the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the District of New Jersey, set forth the name of the objector, the basis for the objection and the specific grounds therefore, and must be filed with the Clerk of the Court at least seven days prior to the hearing date indicated herein with copies filed simultaneously served upon:  Marie-Ann Greenberg, Trustee.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Rule-9013-1(d) of Local Rules of this Court, failure of any person or entity receiving notice of the Motion file objections thereto on a timely basis shall be a bar to the assertion of an objection to the entry by the Court of the proposed order, as same may be modified, and the within motion shall be deemed uncontested.

/s/  Dean J. Despotovich
DEAN J. DESPOTOVICH, ESQ.

Dated: 9/12/2025