| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Dean J Despotovich -9214<br>NJ ID 029141980<br>328 Clifton Ave<br>Clifton NJ 07011<br>973 772 6466<br>Djdatty@aol.com<br>Fax 973 772 6814<br>Attorney for the Debtor<br><br>In Re:<br>Laura Mendoza Garcia | Case No.:   24-228811-RG<br>Chapter:    13<br><br>Hearing Date:<br>Judge:    TBA |

## CERTIFICATION OF SERVICE

1. I, attorney Dean J Despotovich Esq of 328 Clifton Ave Clifton NJ say:

   ☒ I represent Laura Mendoza Garcia, Debtor, in this matter.

2. On September 15, 2025 I sent a copy of the following application and documents to the parties listed in the chart below.

   Notice of Motion
   Proposed Order
   Certification of Debtor w Ex A + B
   Statement of No Brief Necessary

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.


September 15, 2025          /s/ Dean J Despotovich
                            Dean J Despotovich Esq

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Chapter 13 Trustee Office<br>Marie Ann Greenberg<br>30 Two Bridges Rd Ste 330<br>Fairfield, NJ 07004 | | ☐ Hand-delivered<br>. Regular mail<br>☐ Certified mail/ Return receipt requested<br>☒ By Email-magecf@magtrustee.com |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _email- |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other email- |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other Email- |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _____ |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Capital One, N.A.<br>c/o AIS Info Source LLC<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Creditor POC 1 | ☐ Hand-delivered<br>　Regular mail<br>☐ Certified mail/ Return receipt requested<br>☒ Other email-POC_AIS@aisinfo.com<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| JP Morgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>PO Box 9013<br>Addison, Texas 75001 | Creditor POC 2 | ☐ Hand-delivered<br>　Regular mail<br>☐ Certified mail/ Return receipt requested<br>☒ Other email-pocquestions@nsdefaultsrvices.com<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Bank of America, N.A.<br>PO Box 673033<br>Dallas, TX 75267-3033 | Creditor POC 3/4/5 | ☐ Hand-delivered<br>　Regular mail<br>☐ Certified mail/ Return receipt requested<br>☒ Other email-card_bankruptcy_poc@bofa.com<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Planet Home Lending, LLC<br>c/o KML Law Group<br>701 Market St. Suite 5000<br>Philadelphia, PA 19106<br>Attn: Denise Carlon | Creditor POC 6<br>Mortgagee Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☒ Other -email dcarlon@kmllawgroup.com<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| 331 Main Street Associates LLC<br>c/o Broadway Pizza<br>56 Broadway<br>Paterson, NJ 07505 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other -email<br>(As authorized by the court or rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Firstsource Advantage<br>P O BOX 1280<br>Oaks, PA 19456 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Samira Sinai Cortes<br>15 Mohawk Ave<br>Hawthorne, NJ 07506 | Non filing co debtor | ☒ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Sayed Amin Cortes<br>15 Mohawk Ave<br>Hawthorne, NJ 07506-3828 | Non filing co debtor | ☒ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other -email<br>(As authorized by the court or rule. Cite the rule if applicable.) |