| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>DEAN J. DESPOTOVICH, 9214<br>NJ ID 029141980<br>328 Clifton Ave<br>Clifton, New Jersey 07011<br>(973) 772-6466<br>DJDatty@aol.com<br>Attorneys for Debtor | |
| In Re:<br>Laura Mendoza Garcia<br><br>Debtor | Case No: 24-22811<br><br>Chapter 13<br><br>Hearing Date: 10/7/25 @10:00am<br><br>Judge: TBA |

## STATEMENT AS TO WHY NO BRIEF IS NECESSARY

In accordance with D.N.J. LBR 9013-1(a)(3), it is respectfully submitted that no brief is necessary in the Court's consideration of this motion, as it does not involve complex issues of law.

Dated: September 12, 2025         /s/ Laura Mendoza Garcia
                                  Laura Mendoza Garcia

                                  Dean J Despotovich
                                  Attorney for Debtor