**DEAN J. DESPOTOVICH, ESQ. 9214**
328 Clifton Avenue
Clifton, New Jersey 07011
(973) 772-6466
Attorney for Debtor

|  |  |
|---|---|
| IN THE MATTER OF | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|  | CHAPTER 13 |
| **LAURA MENDOZA-GARCIA** | CASE NO.: 24-22811<br>HEARING DATE: 10/15/2025 10:00am<br>JUDGE: TBA |
|  | SUPPLEMENTAL CERTIFICATION TO MOTION |

I, LAURA MENDOZA-GARCIA, of full age certify:

1) I am the Debtor in the above matter and familiar with the facts herein. I make this certification to clarify the facts in the pending motion and address certain concerns.

2) I have since my prior certification, paid $2,973.00 in arrears to the plan payment. See Exhibit A. I am able and ready to make all future plan payments and therefore consent to any condition of a 30 day automatic default in the future of this petition.

3) In addition I have made every monthly mortgage payment post filing to my secured creditor, Planet Home Lending.

4) The only reason Planet Home Lending stated I have an arrearage as listed on their Proof of Claim, is for future estimated escrow shortages anticipated. Therefore, no payment arrearages exist or existed, however after understanding the nature of the Proof of Claim and discussing same with the creditor, I consent to my attorney modifying the plan to care the estimated arrearage through the plans in the amount of $969.00 and pay unsecured creditors the amount equal to the exposed equity in my asset.

## CERTIFICATION

I hereby certify that the forgoing statements made by me are true to the best of my knowledge. I understand that if any of the foregoing statements made by me are false, I am subject to punishment.

_____ 10/13/25
Laura Mendoza Garcia

# EXHIBIT A

```
          Minneapolis, MN 55416
              1(800)926-9400
              moneygram.com
              NMLS# 898432

          KAY PHARMACY - PATERSON
             448 CHAMBERLAIN AVE
         PATERSON, NJ UNITED STATES
                  075221009
         Phone\Teléfono: 9739428296

          Date\Fecha: 09 Oct 2025
             Time\Hora: 13:46 PM

             Sender Information\
          Información del remitente:
              laura mendoza garcia
                 15 mohawk ave
                hawthorne, NJ USA
                      07506

           Recipient Information\
         Información del destinatario:
                  TFS BILL PAY
   Account ID\Identificador de cuenta: ***********4960

              Reference Number\
         Número de referencia: 86196445
```

| | |
|---|---|
| Transfer Amount\ Monto de la transferencia: | 2973.00 USD |
| Fee\ Cargo: | +8.99 USD |
| Transfer Taxes\ Impuestos de la transferencia: | 0.00 USD |
| Total\Total: | 2981.99 USD |

```
             TERMS and CONDITIONS\
             TÉRMINOS y CONDICIONES

The MoneyGram ExpressPayment service is provided by
MoneyGram Payment Systems, Inc., a licensed money
```