Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24−22811−TBA
Chapter:  13
Judge:  MARK E HALL

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Laura Mendoza Garcia
   dba S&S Party Center II LLC
   15 Mohawk Avenue
   Hawthorne, NJ 07506

Social Security No.:
   xxx−xx−4960

Employer's Tax I.D. No.:
   45−2719861

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/5/25 at 10:00 AM

to consider and act upon the following:

**75** − Amended Motion. Reason for Amendment: Corrections to date and relief (related document:70 Motion to Vacate Dismissal of Case filed by Debtor Laura Mendoza Garcia) Filed by Dean J. Despotovich on behalf of Laura Mendoza Garcia. Hearing scheduled for 10/15/2025 at 10:00 AM, TBA − Courtroom 3E, Newark.. (Attachments: # 1 Certification Certification of Debtor with Exhibits # 2 Statement as to Why No Brief is Necessary # 3 Proposed Order # 4 Certificate of Service) (Despotovich, Dean)

Dated: 10/15/25

Jeanne Naughton
Clerk, U.S. Bankruptcy Court