UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DEAN J DESPOTOVICH ESQ 9214
328 CLIFTON AVENUE
CLIFTON NJ 07011
973 772-6466
DJDATTY@AOL.COM
ID#029141980
Attorney for the Debtor

Order Filed on February 25, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Laura Mendoza Garcia

| | |
|---|---|
| Case No.: | 24-22811 |
| Chapter: | 13 |
| Hearing Date: | 02/18/2026 |
| Judge: | TBA |

**ORDER**
**ON MOTION TO VACATE DISMISSAL OF CASE**

The relief set forth on the following pages, numbered two (2) through ___(3)___ , is
**ORDERED**.

**DATED: February 25, 2026**

_____
Honorable Mark E. Hall
United States Bankruptcy Judge

Page 2 of 3

Debtor:    LAURA MENDOZA GARCIA
Case No.:    24-22811
Judge: TBA

The debtor having filed a motion to vacate dismissal of case; and the court having considered any objections filed; and for good cause shown; it is

☒ ORDERED that the motion is granted and the order dismissing case is vacated effective on the date of this order. No actions taken during the period this case was dismissed were subject to the automatic stay or other provisions of the Bankruptcy Code;

IT IS FURTHER ORDERED that any deadline unexpired at the time of dismissal is nullified and reset as follows. Creditors and/or parties in interest have:

1.    until the original deadline fixed by the court to file a complaint to object to the debtor's discharge or dischargeability of certain debts, or 60 days from the date of this Order, whichever is later;

2.    until the original deadline fixed by the court to file a proof of claim or required supplement, or 60 days from the date of this Order, whichever is later; and

3.    until the original deadline fixed by the court to object to exemptions, or 30 days from the date of this Order, whichever is later.

IT IS FURTHER ORDERED that if the meeting of creditors has not been concluded, the debtor must contact the case trustee to schedule a new date for the meeting, and must provide 21 days' notice under Bankruptcy Rule 2002(a)(1) of the new date to all creditors and parties in interest.

IT IS FURTHER ORDERED that if this is a chapter 13 case, and the debtor's plan has not been confirmed, the confirmation hearing is rescheduled to _March 18, 2026_____ at _8:30 AM.

❏ ORDERED that the motion to vacate order dismissing case is denied.

☒ ORDERED (Other): __See Page 3_____

*rev. 8/1/2023*

Page 3 of 3

Debtor:   LAURA MENDOZA GARCIA
Case No.:   24-22811
Judge: TBA

4.   The parties, and anyone who succeeds to their rights and responsibilities hereunder, including their successors and/or assigns, are bound by this Order. This Order is made for the benefit of the parties and all who succeed to their rights and responsibilities.

5.   In the event the Debtor's plan payments are in arrears to the Trustee by 30 days or more, the Trustee may move for dismissal upon certification without further notice or hearing.

6.   The confirmation hearing of the Debtor's plan is to be based upon a 100% distribution to unsecured creditors.

7.   The Bankruptcy Court shall retain exclusive jurisdiction to adjudicate all matters arising under or in connection with this Order.

8.   Counsel for the Debtor shall refile an application to  approve retention of a professional on behalf of the Debtor within seven (7) days of this order..

IT IS FURTHER ORDERED that whether the motion is granted or denied, the debtor must, within 3 days of the date of this Order, serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form Certification of Service in accordance with D.N.J. LBR 9024-1(b).

3

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 24-22811-TBA

Laura Mendoza Garcia                                                  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                    User: admin                              Page 1 of 1

Date Rcvd: Feb 25, 2026              Form ID: pdf903                      Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2026:**

**Recip ID              Recipient Name and Address**
db                      + Laura Mendoza Garcia, 15 Mohawk Avenue, Hawthorne, NJ 07506-3828

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dean J. Despotovich | on behalf of Debtor Laura Mendoza Garcia djdatty@aol.com g17602@notify.cincompass.com;despotovich.deanb131348@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor PLANET HOME LENDING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5