| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Dean J Despotovich -9214<br>NJ ID 029141980<br>328 Clifton Ave<br>Clifton NJ 07011<br>973 772 6466<br>Djdatty@aol.com<br>Fax 973 772 6814<br>Attorney for the Debtor<br><br>In Re:<br>Laura Mendoza Garcia | Case No.:       24-228  11-RG<br>Chapter:         13<br><br>Hearing Date:<br>Judge   TBA |

## CERTIFICATION OF SERVICE

1. I , attorney Dean J Despotovich Esq of 328 Clifton Ave Clifton NJ  say:

    ☒ I represent Laura Mendoza Garcia, Debtor, in this matter.

2. On March 4, 2026 I sent a copy of the following application and documents to the parties listed in the chart below.


    Order


3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.


March 4, 2026                                        */s/ Dean J Despotovich*
                                                          Dean J Despotovich Esq

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Chapter 13 Trustee Office<br>Marie Ann Greenberg<br>30 Two Bridges Rd Ste 330<br>Fairfield, NJ 07004 | | ☐ Hand-delivered<br>   Regular mail<br>☐ Certified mail/ Return receipt requested<br>☒ By Email-magecf@magtrustee.com |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _email- |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other email- |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other  Email- |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _____ |

| Name and Address of Party Served | Relationship of | Mode of Service |
|---|---|---|

| Name and Address of Party Served | Document Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Capital One, N.A.<br>c/o AIS Info Source LLC<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Creditor POC 1 | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☒ Other email-POC_AIS@aisinfo.com<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| JP Morgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>PO Box 9013<br>Addison, Texas 75001 | Creditor POC 2 | ☐ Hand-delivered<br>Regular mail<br>☐ Certified mail/ Return receipt requested<br>☒ Other email-pocquestions@nsdefaultsrvices.com<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Bank of America, N.A.<br>PO Box 673033<br>Dallas, TX 75267-3033 | Creditor POC 3/4/5 | ☐ Hand-delivered<br>Regular mail<br>☐ Certified mail/ Return receipt requested<br>☒ Other email-card_bankruptcy_poc@bofa.com<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Planet Home Lending, LLC<br>c/o KML Law Group<br>701 Market St. Suite 5000<br>Philadelphia, PA 19106<br>Attn: Denise Carlon | Creditor POC 6<br>Mortgagee Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☒ Other -email dcarlon@kmllawgroup.com<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| 331 Main Street Associates LLC<br>c/o Broadway Pizza<br>56 Broadway<br>Paterson, NJ 07505 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other -email<br>(As authorized by the court or rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| Firstsource Advantage<br>P O BOX 1280<br>Oaks, PA 19456 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Samira Sinai Cortes<br>15 Mohawk Ave<br>Hawthorne, NJ 07506 | Non filing co debtor | ☒ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Sayed Amin Cortes<br>15 Mohawk Ave<br>Hawthorne, NJ 07506-3828 | Non filing co debtor | ☒ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other -email USTPRegion03.NE.ECFAusdoj.gov<br>(As authorized by the court or rule. Cite the rule if applicable.) |

**LAW OFFICE OF**

# Dean J. Despotovich

328 CLIFTON AVENUE
CLIFTON, NJ 07011

DEAN J. DESPOTOVICH  ESQ.

Phone:   (973) 772-6466
FAX:       (973) 772-6814

------------------------
    STATE AND FEDERAL N.J. BARS
    N.Y.S.D. / N.Y.E.D. FEDERAL BARS
    THIRD CIRCUIT COURT OF APPEALS
    FEDERAL CIRCUIT COURT OF APPEALS
    U.S. COURT OF MILITARY APPEALS BAR
    U.S.  SUPREME COURT BAR

March 3, 2026

331 Main Street Associates LLC
c/o Broadway Pizza
56 Broadway
Paterson NJ 07505

First Source Advantage
P O Box 1280
Oaks, PA 19456

Re: In re Laura Mendoza Garcia #24-22811

Dear Interested parties:

Please find attached the Order entered in the above matter vacating a dismissal of same. This
notice is sent to you pursuant to the terms of the Court's order.
Kindly review

Sincerely,

Dean J. Despotovich, Esq.

DJD/:em

In re Laura Mendoza Garcia #24-22811

From:  Dean J Despotovich (djdatty@aol.com)

To:    magecf@magtrustee.com

Cc:    poc_ais@aisinfo.com; pocquestions@nbsdefaultservices.com; card_bankruptcy_poc@bofa.com;
       dcarlon@kmllawgroup.com

Date:  Wednesday, March 4, 2026 at 05:07 PM EST

**LAW OFFICE OF**

# Dean J. Despotovich
328 CLIFTON AVENUE
CLIFTON, NJ 07011

Phone:   (973) 772-6466
                Email:    DJDATTY@aol.com
    Fax      (973) 772-6814

DEAN J. DESPOTOVICH ESQ

U.S SUPREME COURT BAR

N.J.  STATE AND FEDERAL BAR,

N.Y SOUTH AND EAST DIST FED BAR

THIRD CIRCUIT FED BAR

FEDERAL CIRCUIT BAR

U.S COURT OF MILITARY APPEALS BAR

Email only

March 4   2026

        Re: In re Laura Mendoza Garcia #24-22811

Dear Interested parties:

Please find attached the Order entered in the above matter vacating a dismissal   of same. This notice
is sent to you pursuant to the terms of the Court's order.

Kindly review .

Very truly yours,
/s/
Dean J. Despotovich

---

**PLEASE NOTE** : This law firm does **not** accept **_time sensitive_** or **_action-oriented messages_** via email WITHOUT **_TELEPHONE CONFIRMATION._** All other emails shall be addressed in the due course of business at the discretion of this law firm.. We further reserve the right to monitor and review the content of all messages sent to or from this email address. Messages sent to or from this email address may be stored on the law firm email system.

**DISCLAIMER:** The sender believes that this E-mail, and any attachments, were free of any virus, worm, Trojan horse, and/or malicious code when sent. This message and its attachments could have been in fected during transmission. By reading this email message and opening any attachments, the recipient accepts full responsibility for taking protective and remedial action regarding viruses, cyber attacks and other malicious code. This law firm is not liable for any loss or damage arising in any way from this message or its attachments.

**CONFIDENTIALITY NOTICE TO RECIPIENT(S)**: This e-mail transmission (and/or the attachment(s) accompanying it) may contain confidential information, belonging to the sender, which is protected by the attorney-client privilege and legally privileged. The information is intended only for use by the intended recipient. Please notify the sender by email if you are not the intended recipient and you are hereby notified that any disclosure, copying or distribution of any information in this transmission, or the taking of any action in reliance on the contents of this transmission, is strictly prohibited. Access to this internet electronic mail message by anyone other than the intended recipient is unauthorized. Any unauthorized interception, use, disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it is prohibited of this transmission is illegal under the law. If you have received this transmission in error, please promptly notify the sender by reply e-mail or call 973-772-6466 , and then destroy all copies of this transmission. Thank you.



Mendoza Order-001.pdf
94.9 kB

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

DEAN J DESPOTOVICH ESQ 9214
328 CLIFTON AVENUE
CLIFTON NJ 07011
973 772-6466
DJDATTY@AOL.COM
ID#029141980
Attorney for the Debtor

Order Filed on February 25, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No.: | 24-22811 |
|---|---|---|
| Laura Mendoza Garcia | Chapter: | 13 |
| | Hearing Date: | 02/18/2026 |
| | Judge: | TBA |

## ORDER
## ON MOTION TO VACATE DISMISSAL OF CASE

The relief set forth on the following pages, numbered two (2) through ____(3)____, is
**ORDERED.**

**DATED: February 25, 2026**

Honorable Mark E. Hall
United States Bankruptcy Judge

Page 2 of 3

Debtor:     LAURA MENDOZA GARCIA
Case No.:   24-22811
Judge: TBA

The debtor having filed a motion to vacate dismissal of case; and the court having considered any objections filed; and for good cause shown; it is

☒ ORDERED that the motion is granted and the order dismissing case is vacated effective on the date of this order. No actions taken during the period this case was dismissed were subject to the automatic stay or other provisions of the Bankruptcy Code;

IT IS FURTHER ORDERED that any deadline unexpired at the time of dismissal is nullified and reset as follows. Creditors and/or parties in interest have:

1.      until the original deadline fixed by the court to file a complaint to object to the debtor's discharge or dischargeability of certain debts, or 60 days from the date of this Order, whichever is later;

2.      until the original deadline fixed by the court to file a proof of claim or required supplement, or 60 days from the date of this Order, whichever is later; and

3.      until the original deadline fixed by the court to object to exemptions, or 30 days from the date of this Order, whichever is later.

IT IS FURTHER ORDERED that if the meeting of creditors has not been concluded, the debtor must contact the case trustee to schedule a new date for the meeting, and must provide 21 days' notice under Bankruptcy Rule 2002(a)(1) of the new date to all creditors and parties in interest.

IT IS FURTHER ORDERED that if this is a chapter 13 case, and the debtor's plan has not been confirmed, the confirmation hearing is rescheduled to _March 18, 2026_____ at _8:30 AM_.

❑ ORDERED that the motion to vacate order dismissing case is denied.

☒ ORDERED (Other): ___See Page 3_____

_____

*rev. 8/1/2023*

Page 3 of 3

Debtor:   LAURA MENDOZA GARCIA
Case No.:   24-22811
Judge: TBA

4.     The parties, and anyone who succeeds to their rights and responsibilities hereunder, including their successors and/or assigns, are bound by this Order.  This Order is made for the benefit of the parties and all who succeed to their rights and responsibilities.

5.     In the event the Debtor's plan payments are in arrears to the Trustee by 30 days or more, the Trustee may move for dismissal upon certification without further notice or hearing.

6.     The confirmation hearing of the Debtor's plan is to be based upon a 100% distribution to unsecured creditors.

7.     The Bankruptcy Court shall retain exclusive jurisdiction to adjudicate all matters arising under or in connection with this Order.

8.     Counsel for the Debtor shall refile an application to   approve retention of a professional on behalf of the Debtor within seven (7) days of this order..

IT IS FURTHER ORDERED that whether the motion is granted or denied, the debtor must, within 3 days of the date of this Order, serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form Certification of Service in accordance with D.N.J. LBR 9024-1(b).