Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24–22811–MEH
Chapter:  13
Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Laura Mendoza Garcia
 dba S&S Party Center II LLC
 15 Mohawk Avenue
 Hawthorne, NJ 07506

Social Security No.:
 xxx–xx–4960

Employer's Tax I.D. No.:
 45–2719861

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/1/26 at 10:00 AM

to consider and act upon the following:

*86* – Application For Retention of Professional Louis Serafini Esq as Personal Injury Attorney Filed by Dean J. Despotovich on behalf of Laura Mendoza Garcia. Objection deadline is 3/23/2026. (Attachments: # 1 Certification Professional Cert # 2 Proposed Order proposed order # 3 Certificate of Service Cert serv) (Despotovich, Dean)

*89* – Objection to Application for Retention of Professional (related document:86 Application For Retention of Professional Louis Serafini Esq as Personal Injury Attorney Filed by Dean J. Despotovich on behalf of Laura Mendoza Garcia. Objection deadline is 3/23/2026. (Attachments: # 1 Certification Professional Cert # 2 Proposed Order proposed order # 3 Certificate of Service Cert serv) filed by Debtor Laura Mendoza Garcia) filed by Marie–Ann Greenberg on behalf of Marie–Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie–Ann)

Dated: 3/24/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court