Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24−22811−MEH
Chapter:  13
Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Laura Mendoza Garcia
    dba S&S Party Center II LLC
    15 Mohawk Avenue
    Hawthorne, NJ 07506

Social Security No.:
    xxx−xx−4960

Employer's Tax I.D. No.:
    45−2719861

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 2, 2026.

Dated: April 2, 2026
JAN: mff

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 24-22811-MEH

Laura Mendoza Garcia                                                                         Chapter 13

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                     Page 1 of 2

Date Rcvd: Apr 02, 2026                       Form ID: plncf13                                Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Laura Mendoza Garcia, 15 Mohawk Avenue, Hawthorne, NJ 07506-3828 |
| 520500349 | + | Dean J Despotovich, 328 CLIFTON AVE, Clifton, NJ 07011-2228 |
| 520500350 | + | Firstsource Advantage, P O BOX 1280, Oaks, PA 19456-1280 |
| 520500351 | + | Main Street 331 Associates, LLC, C/O Broadway Pizza, 56 Broadway, PATERSON, NJ 07505-1105 |
| 520500353 | + | S&S Party Center II LLC, S&S Party Center II, 15 Mohawk, Hawthorne, NJ 07506-3828 |
| 520500348 | + | Samira Sinai Cortes, 15 Mohawk Ave, Hawthorne, NJ 07506-3828 |
| 520500354 | | Sayed Amin Cortes, 15 Mohawk Ave, Hawthorne, NJ 07506-3828 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 02 2026 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 02 2026 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520500345 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Apr 02 2026 20:52:00 | BANK OF AMERICA, PO Box 15019, WILMINGTON, DE 19850-5019 |
| 520500344 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Apr 02 2026 20:52:00 | BANK OF AMERICA, PO BOX 15796, WILMINGTON, DE 19886-5796 |
| 520548532 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Apr 02 2026 20:52:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520500346 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 02 2026 20:56:24 | CAPITAL ONE, PO Box 4069, CAROL STREAM, IL 60197-4069 |
| 520500347 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 02 2026 20:56:32 | CHASE BUSINESS, CARDMEMBER SERVICE, PO Box 1423, Charlotte, NC 28201-1423 |
| 520510886 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 02 2026 20:56:37 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520536100 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Apr 02 2026 20:52:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520500352 | + | Email/Text: BKMAIL@planethomelending.com | Apr 02 2026 20:53:00 | Planet Home Lending, 321 Research Parkway Ste 303, Meriden, CT 06450-8342 |
| 520569066 | + | Email/Text: BKMAIL@planethomelending.com | Apr 02 2026 20:53:00 | Planet Home Lending, LLC, 321 Research Pkwy #303, Meriden, CT 06450-8342 |
| 520500355 | + | Email/Text: bankruptcynotices@sba.gov | Apr 02 2026 20:52:00 | SBA, SBA DISASTER LOAN SERV. CTR, 2 North 20th St, Birmingham, AL 35203-4007 |

TOTAL: 12

District/off: 0312-2                                    User: admin                                         Page 2 of 2

Date Rcvd: Apr 02, 2026                                Form ID: plncf13                                   Total Noticed: 19

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520500356 | *+ | SBA SBA DISASTER LOAN, SERV. CTR, 2 North 20th St, Birmingham, AL 35203-4007 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dean J. Despotovich | on behalf of Debtor Laura Mendoza Garcia djdatty@aol.com<br>g17602@notify.cincompass.com;despotovich.deanb131348@notify.bestcase.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor PLANET HOME LENDING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5