Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  24–22811–MEH
Chapter:  13
Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Laura Mendoza Garcia
   dba S&S Party Center II LLC
   15 Mohawk Avenue
   Hawthorne, NJ 07506

Social Security No.:
   xxx–xx–4960

Employer's Tax I.D. No.:
   45–2719861

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 5/6/26 at 10:00 AM

to consider and act upon the following:

**90** – Notice of Hearing for: Trustee's Objection to Debtor's Application to Retain Special Counsel. (related document:86 Application For Retention of Professional Louis Serafini Esq as Personal Injury Attorney Filed by Dean J. Despotovich on behalf of Debtor Laura Mendoza Garcia, 89 Objection filed by Trustee Marie–Ann Greenberg). The following parties were served: Debtor, Debtor's Attorney, Trustee, and US Trustee. Hearing scheduled for 4/1/2026 at 10:00 AM, MEH – Courtroom 3E, Newark.. (rah)

Dated: 4/15/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court