UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Dean J. Despotovich Esq-9214
328 Clifton Ave
Clifton NJ 07011
973 772 6466
djdatty@aol.com
Attorney for the Debtor

Order Filed on May 6, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Laura Medoza Garcia

Case No.:          24-22811

Chapter:            13

Judge:          Mark E Hall

## ORDER AUTHORIZING RETENTION OF

Louis Serafini Esq. of Serafini & Serafini PC

The relief set forth on the following page is **ORDERED**.

**DATED: May 6, 2026**

Honorable Mark E. Hall
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____ Louis Searfini Esq _____

as Counsel for a personal injury state court matter , it is hereby ORDERED:

1.　　The applicant is authorized to retain the above party in the professional capacity noted.

The professional's address is:　269 Hamburg Turnpike _____

Wayne NJ  07470 _____

973 595-9500 _____

2.　　Compensation will be paid in such amounts as may be allowed by the Court on proper

application(s).

3.　　If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter

13 case. Payment to the professional may only be made after satisfactory completion of

services.

4.　　The effective date of retention is the date the application was filed with the Court.

5.　　Debtor shall file a Motion within (14) days of this Order to approve settlement Nunc
Pro Tunc together with a Notice of Proposed Settlement to be served on all parties.

6.　　In the event the debtor fails to file the Motion and Notice within 14 days the petition
shall be dismissed with no further notice or hearing.

*rev.8/1/15*