UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Dean J. Despotovich Esq-9214
328 Clifton Ave
Clifton NJ 07011
973 772 6466
djdatty@aol.com
Attorney for the Debtor

Order Filed on May 6, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Laura Medoza Garcia

Case No.:    24-22811

Chapter:    13

Judge:    Mark E Hall

## ORDER AUTHORIZING RETENTION OF

Louis Serafini Esq. of Serafini & Serafini PC

The relief set forth on the following page is **ORDERED.**

**DATED: May 6, 2026**

Honorable Mark E. Hall
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____ Louis Searfini Esq _____
as Counsel for a personal injury state court matter , it is hereby ORDERED:

1.    The applicant is authorized to retain the above party in the professional capacity noted.
      The professional's address is:    269 Hamburg Turnpike _____

                                        Wayne NJ  07470 _____

                                        973 595-9500 _____

2.    Compensation will be paid in such amounts as may be allowed by the Court on proper
      application(s).

3.    If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

      ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

      ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter
      13 case. Payment to the professional may only be made after satisfactory completion of
      services.

4.    The effective date of retention is the date the application was filed with the Court.

5.    Debtor shall file a Motion within (14) days of this Order to approve settlement Nunc
Pro Tunc together with a Notice of Proposed Settlement to be served on all parties.

6.    In the event the debtor fails to file the Motion and Notice within 14 days the petition
shall be dismissed with no further notice or hearing.

*rev.8/1/15*

2

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 24-22811-MEH

Laura Mendoza Garcia                                                            Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 06, 2026 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                      regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2026:**

**Recip ID            Recipient Name and Address**
db                    +  Laura Mendoza Garcia, 15 Mohawk Avenue, Hawthorne, NJ 07506-3828
aty                   +  Louis Searfini, Esq., 269 Hamburg Turnpike, Wayne, NJ 07470-2131

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2026                          Signature:           /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2026 at the address(es) listed below:**

**Name                          Email Address**

Dean J. Despotovich
                                          on behalf of Debtor Laura Mendoza Garcia djdatty@aol.com
                                          g17602@notify.cincompass.com;despotovich.deanb131348@notify.bestcase.com

Marie-Ann Greenberg
                                          magecf@magtrustee.com

Marie-Ann Greenberg
                                          on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Matthew K. Fissel
                                          on behalf of Creditor PLANET HOME LENDING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

U.S. Trustee
                                          USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-2    User: admin    Page 2 of 2

Date Rcvd: May 06, 2026    Form ID: pdf903    Total Noticed: 2

TOTAL: 5