UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                           Case No.:        24 22811
Laura Mendoza Garcia                             Chapter:            13
                                                 Judge:         Mark E. Hall

## NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

___Dean J Despotovich Esq___, ___Attorney for the Debtor___, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:    Untied States Bankruptcy Court
                         Martin Luther King Jr Federal Building
                         50 Walnut Street
                         Newark NJ 07102

If an objection is filed, a hearing will be held before the Honorable ___Mark E. Hall___ on ___June 17, 2026___ at ___9:45___ a.m. at the United States Bankruptcy Court, courtroom no. ___3E___ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action:    Settlement of Debtor's personal injury claim occurring  July 13, 2023
                     Mendoza Garcia v Bagehorn, Doc # ESX L 44711 25

Pertinent terms of settlement:    Debtor seeks approval nunc pro tunc to March 10, 2025 of her auto accident lawsuit settled for $16, 487.04 with State Farm Ins Co by special counsel Louis Serafini Esq appointed May 6, 2026 by this court, and seeks approval of distribution of funds held in escrow in the net amount of $10,054.78 to the Debtor after all disbursements of litigation and payment of legal fees to special counsel. Plan payments shall not be affected.

Objections must be served on, and requests for additional information directed to:

Name:          Dean J. Despotovich

Address:       328 Clifton Avenue, Clifton NJ 07011

Telephone No.: 973 772 6466

*rev.8/1/15*