Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  24–22811–MEH
Chapter:  13
Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Laura Mendoza Garcia
  dba S&S Party Center II LLC
  15 Mohawk Avenue
  Hawthorne, NJ 07506

Social Security No.:
  xxx–xx–4960

Employer's Tax I.D. No.:
  45–2719861

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/17/26 at 10:00 AM

to consider and act upon the following:

**101** – Motion to Approve Compromise or Settlement under Rule 9019 Filed by Dean J. Despotovich on behalf of Laura Mendoza Garcia. Hearing scheduled for 6/17/2026 at 09:45 AM, MEH – Courtroom 3E, Newark.. (Attachments: # 1 Exhibit Notice of Proposed Comp or Settlement) (Despotovich, Dean)INCORRECT HEARING TIME SET. Modified on 5/21/2026 (car).

Dated: 5/21/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court