UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Laura Mendoza Garcia

Case No.: ___24 22811___

Chapter: ___13___

Judge: ___Mark E. Hall___

## NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

___Dean J Despotovich Esq___, ___Attorney for the Debtor___, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Untied States Bankruptcy Court<br>Martin Luther King Jr Federal Building<br>50 Walnut Street<br>Newark NJ 07102 |

If an objection is filed, a hearing will be held before the Honorable ___Mark E. Hall___ on ___June 17, 2026___ at ___9:45___ a.m. at the United States Bankruptcy Court, courtroom no. _____, ___3E___ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

| | |
|---|---|
| Nature of action: | Settlement of Debtor's personal injury claim occurring  July 13, 2023<br>Mendoza Garcia v Bagehorn, Doc # ESX L 44711 25 |

| | |
|---|---|
| Pertinent terms of settlement: | Debtor seeks approval nunc pro tunc to March 10, 2025 of her auto accident lawsuit settled for $16, 487.04 with State Farm  Ins Co  by special counsel Louis Serafini Esq appointed May 6, 2026 by this court, and seeks approval of  distribution of funds held in escrow in the net amount of $10,054.78 to the Debtor after all disbursements of litigation and payment of legal fees to special counsel. Plan payments shall not be affected. |

Objections must be served on, and requests for additional information directed to:

Name: ___Dean J. Despotovich___

Address: ___328 Clifton Avenue, Clifton NJ 07011___

Telephone No.: ___973 772 6466___

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 24-22811-MEH |
|---|---|
| Laura Mendoza Garcia | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 21, 2026 | Form ID: pdf905 | Total Noticed: 20 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Laura Mendoza Garcia, 15 Mohawk Avenue, Hawthorne, NJ 07506-3828 |
| aty | + | Louis Searfini, Esq., 269 Hamburg Turnpike, Wayne, NJ 07470-2131 |
| 520500349 | + | Dean J Despotovich, 328 CLIFTON AVE, Clifton, NJ 07011-2228 |
| 520500350 | + | Firstsource Advantage, P O BOX 1280, Oaks, PA 19456-1280 |
| 520500351 | + | Main Street 331 Associates, LLC, C/O Broadway Pizza, 56 Broadway, PATERSON, NJ 07505-1105 |
| 520500353 | + | S&S Party Center II LLC, S&S Party Center II, 15 Mohawk, Hawthorne, NJ 07506-3828 |
| 520500348 | + | Samira Sinai Cortes, 15 Mohawk Ave, Hawthorne, NJ 07506-3828 |
| 520500354 | | Sayed Amin Cortes, 15 Mohawk Ave, Hawthorne, NJ 07506-3828 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 21 2026 21:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 21 2026 21:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520500345 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | May 21 2026 21:41:00 | BANK OF AMERICA, PO Box 15019, WILMINGTON, DE 19850-5019 |
| 520500344 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | May 21 2026 21:41:00 | BANK OF AMERICA, PO BOX 15796, WILMINGTON, DE 19886-5796 |
| 520548532 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | May 21 2026 21:41:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520500346 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 21 2026 21:52:14 | CAPITAL ONE, PO Box 4069, CAROL STREAM, IL 60197-4069 |
| 520500347 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 21 2026 21:51:54 | CHASE BUSINESS, CARDMEMBER SERVICE, PO Box 1423, Charlotte, NC 28201-1423 |
| 520510886 | + | Email/PDF: ebn_ais@aisinfo.com | May 21 2026 21:51:58 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520536100 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | May 21 2026 21:41:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520500352 | + | Email/Text: BKMAIL@planethomelending.com | May 21 2026 21:42:00 | Planet Home Lending, 321 Research Parkway Ste 303, Meriden, CT 06450-8342 |
| 520569066 | + | Email/Text: BKMAIL@planethomelending.com | May 21 2026 21:42:00 | Planet Home Lending, LLC, 321 Research Pkwy #303, Meriden, CT 06450-8342 |
| 520500355 | + | Email/Text: bankruptcynotices@sba.gov | May 21 2026 21:42:00 | SBA, SBA DISASTER LOAN SERV. CTR, 2 North 20th St, Birmingham, AL 35203-4007 |

TOTAL: 12

District/off: 0312-2                     User: admin                              Page 2 of 2
Date Rcvd: May 21, 2026                  Form ID: pdf905                          Total Noticed: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID     Bypass Reason   Name and Address**
520500356     *+              SBA SBA DISASTER LOAN, SERV. CTR, 2 North 20th St, Birmingham, AL 35203-4007

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2026                       Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2026 at the address(es) listed below:**

**Name**                      **Email Address**

Dean J. Despotovich
                              on behalf of Debtor Laura Mendoza Garcia djdatty@aol.com
                              g17602@notify.cincompass.com;despotovich.deanb131348@notify.bestcase.com

Marie-Ann Greenberg
                              on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Marie-Ann Greenberg
                              magecf@magtrustee.com

Matthew K. Fissel
                              on behalf of Creditor PLANET HOME LENDING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

U.S. Trustee
                              USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5