Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 24–22811–MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Laura Mendoza Garcia
dba S&S Party Center II LLC
15 Mohawk Avenue
Hawthorne, NJ 07506

Social Security No.:
xxx–xx–4960

Employer's Tax I.D. No.:
45–2719861

## CERTIFICATION OF NO OBJECTION

I  Christopher Browne , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Proposed Compromise or Settlement of Controversy:

Description of Property (if applicable):

Debtor seeks approval nunc pro tune to March 10, 2025 of her auto accident lawsuit settled for $16, 487.04 with State Farm Ins Co by special counsel Louis Serafini Esq appointed May 6, 2026 by this court, and seeks approval of distribution of funds held in escrow in the net amount of $10,054.78 to the Debtor after all disbursements of litigation and payment of legal fees to special counsel. Plan payments shall not be affected.

Dated: June 11, 2026
JAN:

Jeanne Naughton
Clerk